

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00519-CR

The **STATE** of Texas,
Appellant

v.

Jamie Lynn **NIELSEN**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6238
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order on Appellee Jamie Lynn Nielsen's motion to suppress evidence is AFFIRMED.

SIGNED September 5, 2018.

Sandee Bryan Marion, Chief Justice